1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**
9                        **EASTERN DISTRICT OF CALIFORNIA**
10

11  ROBERTY DRAWN, IV,                  No. 1:25-cv-00722 JLT SAB (PC)

12              Plaintiff,              ORDER ADOPTING FINDINGS AND
                                        RECOMMENDATIONS AND DISMISSING
13       v.                             ACTION

14  RONALD CASTONGUAY, et al.,          (Doc. 12)

15              Defendants.
16

17          On September 11, 2025, the assigned magistrate judge issued findings and

18  recommendations recommending that the action be dismissed for failure to state a cognizable

19  claim for relief. (Doc. 12.) Plaintiff timely filed objections on September 22, 2025, and lodged a

20  proposed second amended complaint. (Docs. 13, 14.)

21          According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case.

22  Having carefully reviewed the matter, including the objections, the Court concludes the Findings

23  and Recommendations are supported by the record and proper analysis. The Court also agrees

24  that further leave to amend is not appropriate. As the Findings and Recommendations explain,

25  (*see* Doc. 12 at 9), the Court previously provided Plaintiff with instructions about how to cure the

26  defects in his claims, but Plaintiff failed to do so. Moreover, the lodged second amended

27  complaint suffers from similar defects, as it again presents claims of negligence or medical

28  malpractice, not deliberate indifference. Without a federal claim in this case, the Court declines to

                                                1

exercise supplemental jurisdiction over Plaintiff's state law claims. *See* 28 U.S.C. § 1367(c)(1).

Thus, the Court **ORDERS**:

     1.     The Findings and Recommendations dated September 11, 2025 (Doc. 12) are **ADOPTED** in full.

     2.     The action is **DISMISSED** with prejudice for failure to state a claim.

     3.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 10, 2025**

UNITED STATES DISTRICT JUDGE